JS 44
(Rev. 9/02)

# CIVIL COVER SHEET

The JS -- 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**Place an X in the appropriate box:** ☐ Green Bay Division   ☒ Milwaukee Division

## I.(a) PLAINTIFFS
Brian French, David French, Jeanna French,
Paula French Van Akkeren, Individuals

## DEFENDANTS
Wachovia Bank, National Association

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Sheboygan, WI
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Mecklenburg, NC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
John C. Mitby; Axley Byrnelson LLP
2 E. Mifflin Street
Madison, WI 53701-1767

**ATTORNEYS (IF KNOWN)**
Peter J. Meyer; Gardner Carton & Douglas LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans-Excl. Veterans
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer w/Disabilities - Employment
- ☐ 446 Amer w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **HABEAS CORPUS:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Defendant Wachovia Bank is removing this case pursuant to 28 U.S.C. Section 1441 and 1446

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 8/11/06   SIGNATURE OF ATTORNEY OF RECORD /s/ Peter J. Meyer

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BRIAN FRENCH, DAVID FRENCH, )
JEANNA FRENCH, and PAULA FRENCH VAN )
AKKEREN )
) No.
Plaintiffs, )
)
v. )
)
WACHOVIA BANK, NATIONAL )
ASSOCIATION, )
)
Defendant. )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, Defendant Wachovia Bank, National Association ("Wachovia"), by counsel, hereby submits its Notice of Removal and states as follows:

1. On July 14, 2006, Plaintiffs commenced an action captioned *Brian French, et al. v. Wachovia Bank, National Association*, Case No. 06CV0555, by filing a Summons and Complaint in the Circuit Court of Sheboygan County. That action is pending within the Milwaukee Division of this United States District Court.

2. Defendant Wachovia was served with process and a copy of the Complaint on July 21, 2006. This Notice of Removal is filed within the time permitted by 28 U.S.C. §1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit '1' is a copy of all process, pleadings, and orders served upon Defendant Wachovia.

4. Based on the allegations of the Complaint, this Court has original subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity of citizenship).

5. Complete diversity of citizenship existed as of the date of filing of this action and continues to exist. Plaintiffs Brian French and David French are citizens of Wisconsin. Plaintiff Jeanna French is a citizen of Minnesota. Plaintiff Paula French Van Akkeren is a citizen of

Colorado.

6.  Defendant Wachovia, a national association, is a citizen of the state in which its main office is located. 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt,* __ U.S. __, 126 S.Ct. 941 (2006). As alleged in Plaintiffs' Complaint, Wachovia's main office is in North Carolina. Accordingly, there is complete diversity of citizenship between the Defendant and Plaintiffs.

7.  Based on the allegations in the Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest of costs. Among other relief, the Complaint seeks recovery of "[a]ll fees that defendant or its affiliates have been paid by the French Family," which the Complaint alleges at ¶ 40 was in excess of $500,000. The Complaint also seeks recovery of the "loss in cash value of the policies that were surrendered," which it alleges at ¶ 43 amounted to "approximately $200,000 per year." The Complaint also seeks recovery of a "lost dividend" which it alleges at ¶ 44 was $41,409.

8.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal shall be promptly filed with the Clerk for the Circuit Court of Sheboygan County and on Plaintiffs' counsel.

Accordingly, Defendant Wachovia hereby removes this action to the United States District Court for the Eastern District of Wisconsin.

August 14, 2006

Respectfully submitted,

GARDNER, CARTON & DOUGLAS LLP

*[signature]*

Christopher J. Barber
Peter J. Meyer
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

2

John E. Murray  
WI State Bar ID No. 1031727  
**GARDNER CARTON & DOUGLAS LLP**  
777 E. Wisconsin Avenue, Suite 2000  
Milwaukee, WI 53202-5319  
Telephone: (414) 221-6040  
Facsimile: (414) 224-1025  
cbarber@gcd.com  
pmeyer@gcd.com  
jmurray@gcd.com  

CH02/ 22458170.1

STATE OF WISCONSIN     CIRCUIT COURT     SHEBOYGAN COUNTY

BRIAN FRENCH
4435 North Evergreen Drive
Sheboygan, WI 53081;
DAVID FRENCH
11516 North Spring Avenue
Mequon, WI 53092;
JEANNA FRENCH
2600 Woodsy Lane
Woodland, MN 55391; and
PAULA FRENCH VAN AKKEREN
8061 Bellflower Court
Longmont, CO 80503,

CIRCUIT COURT BRANCH #4
TERENCE T BOURKE
615 N SIXTH STREET
SHEBOYGAN WI 53081

               Plaintiffs,

06CV0555

Case No.
Case Code 30303 (Other Contracts)

vs.

WACHOVIA BANK, NATIONAL
ASSOCIATION
First Union Plaza
Charlotte, NC 28288,

               Defendant.

## SUMMONS

THE STATE OF WISCONSIN

To each person named above as a defendant:

     You are hereby notified that the plaintiffs named above filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

     Within forty-five (45) days of receiving this Summons, you must respond with a written answer, as that term is used in Ch. 802 of the Wisconsin Statutes, to the Complaint. The court

EXHIBIT
tabbies
1

may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is Sheboygan County Courthouse, 615 North 6th Street, Sheboygan, WI 53081, and to Axley Brynelson, LLP, plaintiffs' attorneys, whose address is 2 East Mifflin Street, Post Office Box 1767, Madison, WI 53701-1767. You may have an attorney help or represent you.

If you do not provide a proper answer within forty-five (45) days, the court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 11 day of May, 2006.

AXLEY BRYNELSON, LLP

*(signature)*

John C. Mitby, State Bar No. 1012621
Michael S. Anderson, State Bar No. 1010015
Attorneys for Plaintiffs
2 East Mifflin Street
Post Office Box 1767
Madison, WI 53701-1767
(608) 257-5661

James O. Conway, State Bar No. 1017360
Olsen, Kloet, Gunderson & Conway
602 North Sixth Street
Sheboygan, WI 53081

F:\EAFDATA\1311557861\00154712.DOC

-2-