UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRIAN FRENCH, *et al*.,

    Plaintiffs,

Case No. 06-CV-0869

    v.

WACHOVIA BANK, N.A.,

    Defendant.

## PROTECTIVE ORDER

**WHEREAS,** the parties to the above-captioned action, may seek the discovery of documents, information or other materials that contain confidential, proprietary, business, personnel or commercial information of other parties or third parties;

**NOW, THEREFORE**, pursuant to Federal Rules of Civil Procedure Rule and Civil Local Rule 26.4, upon the stipulation and consent of the parties and a show of good cause, the Court ORDERS that the Stipulation for Protective Order, Docket No.79 is hereby adopted and entered by the Court.

**SO ORDERED** this 22nd day of April, 2010.

    *s/ Rudolph T. Randa*
    Honorable Rudolph T. Randa
    United States District Judge