# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**BRIAN FRENCH,
DAVID FRENCH,
JEANNA FRENCH, and
PAULA FRENCH VAN AKKEREN,**

        Plaintiffs,

    V.              CASE NUMBER: **06-C-869**

**WACHOVIA BANK, NATIONAL ASSOCIATION,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that summary judgment is granted in favor of the defendant and against the plaintiffs on the plaintiffs' claims of breach of fiduciary duties.**

**The plaintiffs' motion for partial summary judgment is denied.**

**This action is hereby DISMISSED.**

    **July 6, 2011**                                 **JON W. SANFILIPPO**
Date                                         Clerk

                                                             s/ Linda M. Zik
                                                             (By) Deputy Clerk