UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**BRIAN FRENCH**,
**DAVID FRENCH**,
**JEANNA FRENCH** and
**PAULA FRENCH VAN AKKEREN**,

          Plaintiffs,            **Case No. 06-C-869**

v.

**WACHOVIA BANK, NATIONAL ASSOCIATION**,

          Defendant.

# AMENDED NOTICE OF APPEAL

On August 4, 2011, Plaintiffs, Brian French, David French, Jeanna French and Paula French Van Akkeren, (collectively "Plaintiffs"), filed a notice of appeal to the United States Court of Appeals for the Seventh Circuit from the July 6, 2011 Decision and Order [Dkt. No. 182] and the July 6, 2011 Judgment [Dkt. No. 183] entered in this action by the District Court. [Appeal No. 11-2781].

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B), Plaintiffs now amend the August 4, 2011 appeal to include, and do hereby, on October 26, 2011, give notice that Plaintiffs appeal to the United States Court of Appeals for the Seventh Circuit from the October 20, 2011 Decision and Order [Dkt. No. 211] of the District Court granting Defendant's Motion for Attorney Fees and Nontaxable Costs Award Pursuant to Rule 54(d)(2) [Dkt. No. 185].

Dated: October 27, 2011

          **s/Christopher T. Hale**
          Christopher T. Hale, SBN 1016363
          Attorney for Plaintiffs
          HALE & WAGNER, S.C.
          839 North Jefferson Street, Suite 400
          Milwaukee, WI 53202
          **Telephone**: (414) 278-7000
          **Facsimile**: (414) 278-7590
          **Email**: cth@halewagner.com